IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| TRUSTEES OF THE PLUMBERS | ) | |
| AND PIPEFITTERS NATIONAL | ) | |
| PENSION FUND, *et al.*, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:19-cv-1137 |
| | ) | |
| JOHN J. FREEMAN, JR. & CO., INC. | ) | |
| a/k/a JOHN J. FREEMAN & COMPANY, | ) | |
| Defendant. | ) | |

## ORDER

On November 7, 2019, United States Magistrate Michael S. Nachmanoff entered a Report and Recommendation (the "Report") in this case, recommending that default judgment be entered against Defendant John J. Freeman, Jr. & Co., Inc. also known as John J. Freeman & Company and in favor of Plaintiffs Trustees of the Plumbers and Pipefitters National Pension Fund and Trustees of the International Training Fund.

Upon consideration of the record and Judge Nachmanoff's Report, to which no objections have been filed, and having found no clear error,[1]

The Court **ADOPTS**, as its own, the findings of fact and recommendations of the United States Magistrate Judge, as set forth in the Report (Dkt. 23).

Accordingly,

It is hereby **ORDERED** that plaintiffs' amended motion for default judgment (Dkt. 17) is

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a magistrate's report, the court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'").

**GRANTED.**

It is further **ORDERED** that default judgment is entered against Defendant John J. Freeman, Jr. & Co., Inc. also known as John J. Freeman & Company and in favor of Plaintiff Trustees of the Plumbers and Pipefitters National Pension Fund on Count I of the Complaint in the amount of $8,648.99, which consists of (i) $3,347.70 in delinquent contributions, (ii) $629.37 in liquidated damages, (iii) $393.13 in accrued interest from December 13, 2019, (iv) $3,497.50 in attorney's fees, and (v) $781.29 in costs.

It is further **ORDERED** that default judgment is entered against Defendant John J. Freeman, Jr. & Co., Inc. also known as John J. Freeman & Company and in favor of Plaintiff Trustees of the International Training Fund on Count II of the Complaint in the amount of $65.30, which consists of (i) $40.50 in delinquent contributions, (ii) $18.90 in liquidated damages, and (iii) $5.90 in accrued interest from January 25, 2019.

The Clerk of the Court is directed to enter Rule 58 judgment against Defendant John J. Freeman, Jr. & Co., Inc. also known as John J. Freeman & Company and in favor of: (i) Plaintiff Trustees of the Plumbers and Pipefitters National Pension Fund in the amount of $8,648.99 on Count I as described above; and (ii) Plaintiff Trustees of the International Training Fund in the amount of $65.30 on Count II as described above.

The Clerk is further directed to provide a copy of this Order to all counsel of record, and to place this matter among the ended causes.

Alexandria, Virginia
January 31, 2020

T. S. Ellis, III
United States District Judge